UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Laura A. Williams

Case No.: _____18-10714_____

Chapter: _____7_____

Judge: _____JNP_____

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: __Martin Isenberg, Esquire_____

This will confirm that on _____June 1, 2018,_____ the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) __J_____,
- ☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]
- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: _____June 4, 2018_____        Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Laura A. Williams  
    Debtor

Case No. 18-10714-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 04, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2018.  
db         Laura A. Williams,    416 Wesley Ave,    Pitman, NJ   08071-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2018 at the address(es) listed below:

         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Martin I. Isenberg     on behalf of Debtor Laura A. Williams misenbergesq@comcast.net,  
          misenbergesq@comcast.net  
         Rebecca Ann Solarz     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
          rsolarz@kmllawgroup.com  
         Robert P. Saltzman     on behalf of Creditor    New Jersey Housing and Mortgage Finance Agency, c/o  
          Cenlar FSB dnj@pbslaw.org  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                 TOTAL: 5