| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2C<br><br>Rob Saltzman, Esquire<br>Pluese, Becker & Saltzman, LLC<br>RS1765<br>20000 Horizon Way, Suite 900<br>Mount Laurel, NJ 08054-4318<br>(856) 813-1700<br>Attorneys' for the Mortgagee<br>File No. 091942B<br><br>In Re:<br><br>Laura A. Williams | **Order Filed on June 12, 2018 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.: 18-10714-JNP<br><br>Hearing Date: August 1, 2018<br><br>Judge: Jerrold N. Poslusny, Jr. |

# CONSENT ORDER
## RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: June 12, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Laura A. Williams
Case No: 18-10714-JNP
Caption of Order: Consent Order Resolving Objection to Confirmation

      This matter having come before the Court on the Objection of New Jersey Housing and Mortgage Finance Agency, Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing and the Debtor, by and through counsel, Scher and Isenberg LLC, Martin I. Isenberg, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Debtor consents to cure pre-petition mortgage arrears via the Chapter 13 Plan as itemized in the Mortgagee's Proof of Claim, for an Allowed Secured Claim of $18,208.31.

2. The Mortgagee respectfully withdraws their Objection to Confirmation.

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC    SCHER AND ISENBERG LLC

By: /s/ Rob Saltzman                    By:   /s/ Martin I. Isenberg
    Rob Saltzman, Esquire                      Martin I. Isenberg, Esquire
    Attorneys for the Mortgagee            Attorney for the Debtor