UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 091942B

In Re:

Laura A. Williams

**Order Filed on June 12, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 18-10714-JNP

Hearing Date: August 1, 2018

Judge: Jerrold N. Poslusny, Jr.

**CONSENT ORDER**
**RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: June 12, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Laura A. Williams
Case No: 18-10714-JNP
Caption of Order: Consent Order Resolving Objection to Confirmation

This matter having come before the Court on the Objection of New Jersey Housing and Mortgage Finance Agency, Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing and the Debtor, by and through counsel, Scher and Isenberg LLC, Martin I. Isenberg, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The Debtor consents to cure pre-petition mortgage arrears via the Chapter 13 Plan as itemized in the Mortgagee's Proof of Claim, for an Allowed Secured Claim of $18,208.31.

2. The Mortgagee respectfully withdraws their Objection to Confirmation.

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC          SCHER AND ISENBERG LLC

By: /s/ Rob Saltzman                     By:   /s/ Martin I. Isenberg
    Rob Saltzman, Esquire                      Martin I. Isenberg, Esquire
    Attorneys for the Mortgagee                Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Laura A. Williams  
    Debtor

Case No. 18-10714-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 12, 2018  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
db         Laura A. Williams,    416 Wesley Ave,    Pitman, NJ  08071-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Martin I. Isenberg     on behalf of Debtor Laura A. Williams misenbergesq@comcast.net,
         misenbergesq@comcast.net
        Rebecca Ann Solarz     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         rsolarz@kmllawgroup.com
        Robert P. Saltzman     on behalf of Creditor    New Jersey Housing and Mortgage Finance Agency, c/o
         Cenlar FSB dnj@pbslaw.org
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                            TOTAL: 5