| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: PNC Bank, National Association | Order Filed on August 9, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  <u>18-10714 JNP</u><br><br>Chapter: <u>13</u><br><br>Judge: Jerrold N. Poslusny Jr. |
| In Re:<br><br>Laura A. Williams,<br><br>     Debtor. | |

# ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 9, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:       Laura A. Williams
Case No.:     18-10714 JNP
Caption:      **ORDER REINSTATING AUTOMATIC STAY**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon appearing, upon a order reinstating automatic stay as to real property located at to 416 Wesley Avenue, Pitman Boro, NJ, 08071, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Martin I. Isenberg, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 31, 2018, the account is now due for August 15, 2018; and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to 416 Wesley Avenue, Pitman Boro, NJ, 08071 is hereby reinstated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that regular mortgage payments are to resume August 15, 2018; and

It is further **ORDERED, ADJUDGED** and **DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum cure payment or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.