UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 091942B

In Re:

Laura A. Williams

**Order Filed on September 3, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No.: 18-10714-JNP

Hearing Date: August 6, 2019
Judge: Jerrold N. Poslusny, Jr.

Chapter 13

Recommended Local Form    ☒ Followed    __ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: September 3, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | New Jersey Housing and Mortgage Finance Agency |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Martin I. Isenberg, Esquire |
| Property Involved ("Collateral"): | 416 Wesley Avenue, Pitman, NJ 08071 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
    - ☒ The Debtor is overdue for one month, August 1, 2019.
    - ☒ The Debtor is overdue for one payment at $1,017.44 per month.
    - ☒ Less suspense balance of $92.08.
    
    Total Arrearages Due $925.36.

2. Debtor must cure all post-Petition arrearages as follows:
    - ☒ Beginning on September 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $1,017.44.
    - ☒ Beginning on September 1, 2019, additional monthly cure payments shall be made in the amount of $154.22 for five months along with an additional payment of $154.26 for the sixth month.

3. Payments to the Secured Creditor shall be made to the following address(es):
    - ☒ Regular monthly payments and Monthly cure payments:
    
        Cenlar FSB
        425 Phillips Boulevard
        Ewing, NJ 08618

4. In the event of Default:
    - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of

the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:
   ☒ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
   The fees and costs are payable:
   ☒ through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Laura A. Williams  
    Debtor

Case No. 18-10714-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin    Page 1 of 1    Date Rcvd: Sep 04, 2019  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.  
db          Laura A. Williams,    416 Wesley Ave,    Pitman, NJ   08071-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Martin I. Isenberg    on behalf of Debtor Laura A. Williams misenbergesq@comcast.net, misenbergesq@comcast.net  
         Rebecca Ann Solarz    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com  
         Robert P. Saltzman    on behalf of Creditor    New Jersey Housing and Mortgage Finance Agency, c/o Cenlar FSB dnj@pbslaw.org  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 7