**By: Martin I. Isenberg, Esquire**
Atty ID No.: 000791987
Scher & Isenberg, L.L.C.
200 Haddonfield-Berlin Road
High Ridge Commons – Suite 200
Gibbsboro, New Jersey  08026
Telephone:  (856) 782-8222
Facsimile: (856) 782-8825
Email: misenbergesq@comcast.net
Attorney for Debtor, Laura Williams

|  |  |  |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | DISTRICT OF NEW JERSEY |
|  | : |  |
| LAURA WILLIAMS | : | Case No.: 18-10714-JNP |
|  | : |  |
|  | : | Judge: Jerrold N. Poslusny, Jr. |
|  | : |  |
|  | : | Chapter 13 |

## <u>DEBTOR'S OBJECTION TO CREDITOR'S REQUEST FOR</u> <u>CERTIFICATION OF DEFAULT</u>

1.      On January 12, 2018, the Debtor herein filed a Chapter 13 Petition with this Court.

2.      Along with the Chapter 13 Petition, a Plan for resolution of debts was also proposed.

3.      Subsequently, on June 1, 2018, a Second Modified Chapter Plan was filed with the Court and approved.

4.      After filing the first Plan, the Debtor made monthly payments to the Trustee.

5.      On April 6, 2020, the Debtor filed a Stipulation along with the Trustee adjusting the Trustee payments requiring the Debtor to pay $460.00 per month for an additional 34 months. At that time, Debtor had paid $10,760.09 toward the Plan.

6.      A large part of the Plan involved arrearages of approximately $18,000.00 owed to New Jersey Housing and Mortgage Finance Agency, now identified as Cenlar, to pay back Pre-Petition arrears.

7.      As of September 1, 2021, $14,108.59 has been paid to Cenlar by the Bankruptcy Court, see **Exhibit A**.

8.      In addition, under the Plan approved by the Court, the Debtor was required to make monthly payments to Cenlar. These payments have been made and **Exhibit A** indicates that there is no principal and interest owed.

9.      The Debtor has owned this property since 1991.

10.     Shortly, after receiving the loan statement from Cenlar in September of 2021 stating $400.00 was owed, the Debtor was notified that she was in arrears to the tune of $2,459.63 which is the subject of the Motion to Vacate the Stay by Cenlar.

11.     Once the Motion was received, the undersigned counsel contacted Cenlar and was provided with a statement of corporate advances which were incurred from the period of September 27, 2016 to October 21, 2020, see **Exhibit B**.

12.     It would appear that the arrears that were listed on the Chapter 13 Bankruptcy Plan from Cenlar would have included in the amount of money at the time of the Bankruptcy Plan. In addition, there are post-petition charges two in the amount of $2,000.00 each involving "Safeguard" and the like. See **Exhibit C**.

13.     It is unclear to the Debtor as to how these charges have been incurred as she has lived in this property for the last 30 years and charges of $2,000.00 on two different occasions for restoration seem to be excessive and unwarranted.

14.     As such, the Debtor is requesting a full audit of her account.

15.     In order to prevent the stay from being lifted, the Debtor has nevertheless paid $1,726.55 (per statements with Cenlar – see **Exhibit D**) but under reservation of rights to avoid any further action by this Court.

16.     Therefore, I, on behalf of the Debtor, am requesting that the Motion be Denied and that Cenlar provide a full accounting and an explanation as to its determination of both their calculation of Pre-Petition arrears and Post-Petition obligations.

                                                Scher & Isenberg, L.L.C.

Date: _11/15/2021_

                                    By:_____
                                                Martin I. Isenberg, Esquire
                                                Attorney for Debtor, Laura Williams

# EXHIBIT
# A

**CENLAR**
CENTRAL LOAN ADMINISTRATION & REPORTING

PO Box 77404
Ewing, NJ 08628
STATEMENT ENCLOSED

**Loan Statement**

Page 1 of 1

| Statement Date: | 09/01/21 |
|---|---|
| Account Number: | 0039956651 |
| Payment Date: | 10/01/21 |
| Payment Amount: | $400.00 |

• 0573592 000001134 09CE51 0062530 Y2 1AF041 -D P1
JOHN P WILLIAMS
LAURA A WILLIAMS
416 WESLEY AVE
Pitman NJ 08071-2519

**Contact Us**
Customer Service/Pay By Phone: 800-223-6527
Website: www.loanadministration.com
*Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628

**Bankruptcy Message**
Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.
If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.
If you want to stop receiving statements, write to us.

**Explanation of Payment Amount** (Post-Petition Payment)

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Escrow (for Taxes and Insurance) | $0.00 |
| Other | $0.00 |
| **Regular Monthly Payment** | **$0.00** |
| Total Fees & Charges Since Last Statement | $0.00 |
| Past Unpaid Amount | $400.00 |
| **Total Payment Amount** | **$400.00** |

**Account Information**

| Property Address | 416 WESLEY AVE PITMAN, NJ 08071-0000 |
|---|---|
| Outstanding Principal | $1,340.21 |
| Interest Rate | 8.7000% |
| Prepayment Penalty | NONE |

*The payment amount does not include any amount that was past due before you filed for bankruptcy but may include amounts required pursuant to a court order in your bankruptcy case.

**Transaction Activity (08/03/2021 to 09/01/2021)**

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 08/12/21 | | CITY TAX | | $1,281.42 |
| 08/13/21 | | HAZARD INSURANCE | | $1,471.00 |
| 08/19/21 | 08/19/21 | PARTIAL/UNAPPLIED PAYMT | | $421.36 |
| 08/20/21 | | FEE - PROPERTY INSPECT | $15.00 | |

**Past Payments Breakdown**

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $479.42 | $4,192.60 |
| Interest | $13.19 | $240.89 |
| Escrow (Taxes and Insurance) | $552.93 | $4,751.82 |
| Other | $0.00 | $0.00 |
| +Fees | $0.00 | $0.00 |
| *Unapplied Funds | -$624.18 | $1,231.14 |
| Total | $421.36 | $10,416.45 |

**Important Messages**
We may not have received all of your mortgage payment due since you filed for bankruptcy.
This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or Trustee if you have questions.
*Unapplied Funds: Any partial payments included here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
+Fees - If your Chapter 13 plan requires you to pay interest on the arrearage being paid through the plan, such interest amount shall be included in this section.

**Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)**

| | |
|---|---|
| Paid Since Last Statement | $421.36 |
| Total Paid During Bankruptcy | $14,108.59 |
| Current Balance | $4,099.72 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment.

# EXHIBIT
# B

## Corporate Advance $8,973.78

| DATE | AMOUNT | Vendor | Inv # | Desription |
|---|---|---|---|---|
| 9/27/2016 | 125.00 | OLDRPBLCTI | | TITE |
| 11/21/2016 | 16.25 | SAFEGUARD | | PINS |
| 4/25/2017 | -141.25 | | | XPAY |
| 5/23/2017 | 16.25 | SAFEGUARD | | PINS |
| 6/23/2017 | 16.25 | SAFEGUARD | | PINS |
| 7/19/2017 | 75.00 | SAFEGUARD | | PROP |
| 7/19/2017 | 500.00 | SAFEGUARD | | PROP |
| 7/20/2017 | 16.25 | SAFEGUARD | | PINS |
| 8/21/2017 | 16.25 | SAFEGUARD | | PINS |
| 9/22/2017 | 16.25 | SAFEGUARD | | PINS |
| 10/23/2017 | 16.25 | SAFEGUARD | | PINS |
| 11/22/2017 | 75.00 | PUL54 | | ATTC |
| 11/22/2017 | 630.00 | PUL54 | | ATTC |
| 11/22/2017 | 91.74 | PUL54 | | ATTC |
| 11/22/2017 | 40.00 | PUL54 | | ATTC |
| 11/22/2017 | 250.00 | PUL54 | | ATTC |
| 11/22/2017 | 50.00 | PUL54 | | ATTC |
| 11/22/2017 | 441.38 | PUL54 | | ATTO |
| 11/24/2017 | 16.25 | SAFEGUARD | | PINS |
| 1/12/2018 | 16.25 | SAFEGUARD | | PINS |
| 1/19/2018 | 35.00 | PUL54 | | ATTC |
| 1/19/2018 | 246.06 | PUL54 | | ATTC |
| 1/19/2018 | 50.00 | PUL54 | | |
| 1/19/2018 | 16.25 | SAFEGUARD | | PINS |
| 1/31/2018 | 6.58 | PUL54 | | |
| 1/31/2018 | 102.09 | PUL54 | | ATTC |
| 2/23/2018 | 16.25 | SAFEGUARD | | PINS |
| 3/26/2018 | 16.25 | SAFEGUARD | | PINS |
| 3/30/2018 | 11.18 | PUL54 | | ATTC |
| 4/26/2018 | 16.25 | SAFEGUARD | | PINS |
| 5/25/2018 | 16.25 | SAFEGUARD | | PINS |
| 6/1/2018 | 400.00 | PUL54 | | ATTB |
| 6/25/2018 | 16.25 | SAFEGUARD | | PINS |
| 7/30/2018 | 16.25 | SAFEGUARD | | PINS |
| 8/31/2018 | 16.25 | SAFEGUARD | | PINS |
| 10/2/2018 | 16.25 | SAFEGUARD | | PINS |
| 10/31/2018 | 16.25 | SAFEGUARD | | PINS |
| 11/30/2018 | 1,000.00 | SAFEGUARD | | PROP |
| 12/19/2018 | 16.25 | SAFEGUARD | | PINS |
| 1/22/2019 | 16.25 | SAFEGUARD | | PINS |
| 2/19/2019 | 16.25 | SAFEGUARD | | PINS |
| 6/3/2019 | 16.25 | SAFEGUARD | | PINS |
| 7/1/2019 | 16.25 | SAFEGUARD | | PINS |
| 8/20/2019 | 2,000.00 | SAFEGUARD | | ATTB |

| 8/20/2019 | 75.00 | SAFEGUARD | | PROP |
|---|---|---|---|---|
| 8/29/2019 | 350.00 | PUL54 | | ATTB |
| 8/29/2019 | 181.00 | PUL54 | | ATTC |
| 5/21/2020 | 16.25 | SAFEGUARD | | PINS |
| 6/24/2020 | 16.25 | SAFEGUARD | | PINS |
| 7/2/2020 | -276.25 | | | PINS |
| 7/15/2020 | 75.00 | SAFEGUARD | | PROP |
| 7/15/2020 | 2,000.00 | SAFEGUARD | | PROP |
| 7/23/2020 | 16.25 | SAFEGUARD | | PINS |
| 8/27/2020 | 110.00 | BOI90 | | PROP |
| 9/23/2020 | 16.25 | SAFEGUARD | | PINS |
| 10/21/2020 | 16.25 | SAFEGUARD | | PINS |
| | 8,973.78 | | | |

# EXHIBIT
# C

**SCHER & ISENBERG, L.L.C.**
**ATTORNEYS AT LAW**

Martin I. Isenberg*
Lynda M. Scher*

200 HADDONFIELD-BERLIN ROAD
HIGH RIDGE COMMONS, SUITE 200
GIBBSBORO, NEW JERSEY 08026

PENNSYLVANIA OFFICE
TWO PENN CENT2R PLAZA
SUITE 1020
PHILADELPHIA, PENNSYLVANIA 19102

*ALSO ADMITTED IN
Pennsylvania

(856) 782-8222
FAX (856) 782-8825
E-MAIL ADDRESS:misenbergesq@comcast.net
WEBSITE: www.scherandisenberg.com

(215) 574-2010
FAX (856) 782-8825

October 15, 2021

**Via Facsimile: 856-813-1720**
**Via Email: rsaltzman@pbslaw.org**

Robert Saltzman, Esquire
Pluese, Becker and Saltzman, LLC
20000 Horizon Way, Suite 900
Mount Laurel, New Jersey 08054

      **RE:**    **Laura Williams - Bankruptcy No. 18-10714**
              **416 Wesley Avenue, Pittman, New Jersey 08071**

Dear Mr. Saltzman,

      As you know, I represent Ms. Laura Williams.  Ms. Williams has brought to my attention a statement dated September 1, 2021, from Cenlar which I attach hereto.

      It is Ms. William's understanding that she has paid in full the mortgage with Cenlar.  Her Chapter 13 Plan called for her to pay the mortgage going forward and to pay the Trustee for back monies owed.  Based on the Cenlar Statement, she has contributed $14,108.50 to date to Cenlar and owes Cenlar another $4,099.72.

      Here is the inquiry-Has the mortgage been paid off with Cenlar and what only remains is the Plan payments?  If this is the case, Ms. Williams will need to begin paying real estate taxes and homeowner's premiums as these will no longer be the responsibility of Cenlar. (If there is money in the escrow account this should be returned to Ms. Williams)

      I also note that there have been corporate advances as of October 21, 2020 (see attached). Some of these large expenses relate to Property Preservation. What has been done to warrant a $2,000.00 charge? My client has resided in this property for many years and has kept the property in good condition.  I also see the $16.50 monthly charges for property inspections but also see from the Cenlar Statement that this monthly expense or at least $15.00 worth are tacked on to her mortgage every month. Are there double payments being assessed?

Page Two
October 15, 2021
<u>RE: Laura Williams - Bankruptcy No. 18-10714 /</u>


       Kindly provide explanations as to the issues raised above so I may inform my client of her obligations.

                     Very truly yours,

                     Martin Isenberg, Esquire


MII/fad
Enclosure
cc:    Laura Williams (via email)

# EXHIBIT
# D

**Frances Davis**

| | |
|---|---|
| **From:** | Laura Williams <lwilliams071967@gmail.com> |
| **Sent:** | Friday, November 12, 2021 11:23 AM |
| **To:** | Martin Isenberg; Martin Isenberg; Frances Davis |
| **Subject:** | Final Cenlar payment |
| **Attachments:** | FinalCenlarpayment.pdf |

Hi Marty,

Please see attached a copy of my check/final payment that I am sending out today.

I also attached copies of my last three loan statements from August till November. On September 14th I paid a total of $1,326.55, what I thought was my final payment. Then I received a statement dated 09/01/21 saying that I owed another $400. This is when I contacted you and started asking questions.

Let me know if you need anything further from me.

thank you,
Laura

**CENLAR**
CENTRAL LOAN ADMINISTRATION & REPORTING

PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

Loan Statement

| | |
|---|---|
| Statement Date: | 08/02/21 |
| Account Number: | 0039956651 |
| Payment Date | 09/01/21 |
| Payment Amount | $1,326.55 |

**Contact Us**
**Customer Service/Pay By Phone:** 800-223-6527
**Website:** www.loanadministration.com

*Qualified Written Requests, notifications of error, or
requests for information concerning your loan must be
directed to PO Box 77423 Ewing NJ 08628

+ 0564221 000001131 09CES1 0062530 Y2 1AF041 -D P1

JOHN P WILLIAMS
LAURA A WILLIAMS
416 WESLEY AVE
Pitman NJ 08071-2519



**Bankruptcy Message**
Our records show that you are a debtor in bankruptcy. We are sending this
statement to you for informational and compliance purposes only. It is not an
attempt to collect a debt against you.
If your bankruptcy plan requires you to send your regular monthly mortgage
payments to the Trustee, you should pay the Trustee instead of us. Please contact
your attorney or the Trustee if you have questions.
If you want to stop receiving statements, write to us.

**Explanation of Payment Amount** (Post-Petition Payment)

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Escrow (for Taxes and Insurance) | $0.00 |
| Other | $0.00 |
| **Regular Monthly Payment*** | **$0.00** |
| Total Fees & Charges Since Last Statement | $0.00 |
| Past Unpaid Amount | $1,326.55 |
| **Total Payment Amount** | **$1,326.55** |

*The payment amount does not include any amount that was past due
before you filed for bankruptcy but may include amounts required
pursuant to a court order in your bankruptcy case.

**Account Information**

| | |
|---|---|
| Property Address | 416 WESLEY AVE |
| | PITMAN, NJ 08071-0000 |
| Outstanding Principal | $1,819.63 |
| Interest Rate | 8.7000% |
| Prepayment Penalty | NONE |

**Transaction Activity** (07/02/2021 to 08/02/2021)

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 07/14/21 | 07/14/21 | PARTIAL/UNAPPLIED PAYMT | | $1,100.00 |
| 07/21/21 | 07/21/21 | PARTIAL/UNAPPLIED PAYMT | | $421.36 |
| 07/22/21 | | FEE - PROP PRESERVE | $75.00 | |

**Past Payments Breakdown**

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $475.97 | $3,713.18 |
| Interest | $16.64 | $227.70 |
| Escrow (Taxes and Insurance) | $552.93 | $4,198.89 |
| Other | $0.00 | $0.00 |
| +Fees | $0.00 | $0.00 |
| *Unapplied Funds | $475.82 | $1,855.32 |
| **Total** | **$1,521.36** | **$9,995.09** |

**Important Messages**
We may not have received all of your mortgage payment due since you
filed for bankruptcy.
This statement may not show recent payments you sent to the Trustee that
the Trustee has not yet forwarded to us. Please contact your attorney or
Trustee if you have questions.
**Unapplied Funds:** Any partial payments included here are not applied to
your mortgage, but instead are held in one or more separate suspense
accounts. Once we receive funds equal to a full monthly payment, we will
apply those funds to your mortgage.
+Fees - If your Chapter 13 plan requires you to pay interest on the arrearage
being paid through the plan, such interest amount shall be included in this
section.

**Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)**

| | |
|---|---|
| Paid Since Last Statement | $421.36 |
| Total Paid During Bankruptcy | $13,687.23 |
| Current Balance | $4,521.08 |

This box shows amounts that were past due when you filed for
bankruptcy. It may also include other allowed amounts on your
mortgage loan. The Trustee is sending us the payments shown
here. These are separate from your regular monthly mortgage
payment.

See Reverse Side For Additional Important Information    Please return this portion with your payment

Make Checks Payable To:



John P Williams
Laura A Williams
416 Wesley Ave
Pitman NJ 08071-2519

Check this box if your address or
personal information has been
updated on the reverse of this
payment coupon.

Account Number:        Amount
0039956651             Enclosed    $        400.00

If your bankruptcy plan requires you to send your
regular monthly mortgage payment to the Trustee,
do not send your payment to us. Instead, you should
send your payment to the Trustee.

Payment Date:          10/01/21
Payment Amount:        $400.00

Please do not fold, tape or staple
check or coupon.
Please only use blue or black ink.

PAYMENT PROCESSING CENTER
PO BOX 11733
NEWARK, NJ 07101-4733

| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

*See reverse side for payment information

0300000003995665100Y2NJ150000000000000000000418200000309693000000004182

---

LAURA A. WILLIAMS          55-760-312          584
416 WESLEY AVE
PITMAN, NJ 08071                    Date  11/12/21

Pay To
The Order Of  Cenlar                        $ 400.00

Four hundred 00/100 ─────────────────────── Dollars

PNC BANK, N.A.
NEW JERSEY   060          WITH GOD, ALL THINGS ARE POSSIBLE.

For  0039956651                     Laura A Williams    MP

⑈031207607⑈ 80394810631⑈ 0584

**CENLAR**
CENTRAL LOAN ADMINISTRATION & REPORTING

PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

**Loan Statement**

| | |
|---|---|
| Statement Date: | 10/01/21 |
| Account Number: | 0039956651 |
| Payment Date | 11/01/21 |
| Payment Amount | $400.00 |

**Contact Us**

+ 0582104 000001206 09CES1 0062530 Y2 1AF041 −0 P1
JOHN P WILLIAMS
LAURA A WILLIAMS
416 WESLEY AVE
Pitman NJ 08071-2519

**Customer Service/Pay By Phone:** 800-223-6527
**Website:** www.loanadministration.com

*Qualified Written Requests, notifications of error, or
requests for information concerning your loan must be
directed to PO Box 77423 Ewing NJ 08628

**Bankruptcy Message**
**Our records show that you are a debtor in bankruptcy. We are sending this
statement to you for informational and compliance purposes only. It is not an
attempt to collect a debt against you.**
If your bankruptcy plan requires you to send your regular monthly mortgage
payments to the Trustee, you should pay the Trustee instead of us. Please contact
your attorney or the Trustee if you have questions.
If you want to **stop receiving statements, write to us.**

**Explanation of Payment Amount** (Post-Petition Payment)

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Escrow (for Taxes and Insurance) | $0.00 |
| Other | $0.00 |
| **Regular Monthly Payment*** | **$0.00** |
| Total Fees & Charges Since Last Statement | $0.00 |
| Past Unpaid Amount | $400.00 |
| **Total Payment Amount** | **$400.00** |

**Account Information**

| | |
|---|---|
| Property Address | 416 WESLEY AVE |
| | PITMAN, NJ 08071-0000 |
| Outstanding Principal | $857.32 |
| Interest Rate | 8.7000% |
| Prepayment Penalty | NONE |

*The payment amount does not include any amount that was past due
before you filed for bankruptcy but may include amounts required
pursuant to a court order in your bankruptcy case.

**Transaction Activity (09/02/2021 to 10/01/2021)**

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 09/07/21 | 09/07/21 | PARTIAL/UNAPPLIED PAYMT | | $421.36 |
| 09/13/21 | 09/13/21 | PARTIAL/UNAPPLIED PAYMT | | $700.00 |
| 09/14/21 | 09/14/21 | PARTIAL/UNAPPLIED PAYMT | | $626.55 |
| 09/23/21 | | FEE - BNKRPTCY ATTYFEE | $50.00 | |
| 09/24/21 | | FEE - PROPERTY INSPECT | $15.00 | |
| 09/28/21 | | HAZARD INSURANCE | | $1,125.71 |



**Past Payments Breakdown**

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $482.89 | $4,675.49 |
| Interest | $9.72 | $250.61 |
| Escrow (Taxes and Insurance) | $552.93 | $5,304.75 |
| Other | $0.00 | $0.00 |
| +Fees | $0.00 | $0.00 |
| *Unapplied Funds | $702.37 | $1,933.51 |
| **Total** | **$1,747.91** | **$12,164.36** |

**Important Messages**

**We may not have received all of your mortgage payment due since you
filed for bankruptcy.**
This statement may not show recent payments you sent to the Trustee that
the Trustee has not yet forwarded to us. Please contact your attorney or
Trustee if you have questions.
***Unapplied Funds:** Any partial payments included here are not applied to
your mortgage, but instead are held in one or more separate suspense
accounts. Once we receive funds equal to a full monthly payment, we will
apply those funds to your mortgage.
**+Fees** - If your Chapter 13 plan requires you to pay interest on the arrearage
being paid through the plan, such interest amount shall be included in this
section.

**Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)**

| | |
|---|---|
| Paid Since Last Statement | $421.36 |
| Total Paid During Bankruptcy | $14,529.95 |
| Current Balance | $3,678.36 |

This box shows amounts that were past due when you filed for
bankruptcy. It may also include other allowed amounts on your
mortgage loan. The Trustee is sending us the payments shown
here. These are separate from your regular monthly mortgage
payment.

**By: Martin I. Isenberg, Esquire**
Atty ID No.: 000791987
Scher & Isenberg, L.L.C.
200 Haddonfield-Berlin Road
High Ridge Commons – Suite 200
Gibbsboro, New Jersey  08026
Telephone:  (856) 782-8222
Facsimile: (856) 782-8825
Email: misenbergesq@comcast.net
Attorney for Debtor, Laura Williams

| | | |
|---|---|---|
| | : | UNITED STATES BANKRUPTCY COURT |
| IN RE: | : | DISTRICT OF NEW JERSEY |
| | : | |
| LAURA WILLIAMS | : | Case No.: 18-10714-JNP |
| | : | |
| | : | Judge: Jerrold N. Poslusny, Jr. |
| | : | |
| | : | Chapter 13 |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Martin I. Isenberg, Esquire, hereby certify as follows:

1.    The within Objection has been filed electronically via Electronic Case Filing with the United States Bankruptcy Court for the District of New Jersey; and

2.    A copy of the within Objection has been sent via Electronic Case Filing and Email, to the following:

> Rob Saltzman, Esquire
> Attorney for Mortgagee
> 20000 Horizon Way, Suite 900
> Mt. Laurel, NJ 08054
> rsaltzman@pbslaw.org

3.    A copy of the within Objection has been sent via Electronic Case Filing and Regular Mail, to the following:

> Isabel C. Balboa, Esquire
> Chapter 13 Standing Trustee
> Cherry Tree Corporate Center
> 535 Route 38 – Suite 580
> Cherry Hill, NJ 08002

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am fully aware that if the foregoing statements made by me are willfully false, I am subject to punishment.

SCHER & ISENBERG, L.L.C.

Date: _11/15/2021_        By: _Martin I. Isenberg_

Martin I. Isenberg, Esquire
Attorney for Debtor, Laura Williams

**By: Martin I. Isenberg, Esquire**
Atty ID No.: 000791987
Scher & Isenberg, L.L.C.
200 Haddonfield-Berlin Road
High Ridge Commons – Suite 200
Gibbsboro, New Jersey  08026
Telephone:  (856) 782-8222
Facsimile: (856) 782-8825
Email: misenbergesq@comcast.net
Attorney for Debtor, Laura Williams

| | | |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| LAURA WILLIAMS | : | |
| | : | Case No.: 18-10714-JNP |
| | : | |
| | : | Judge: Jerrold N. Poslusny, Jr. |
| | : | |
| | : | Chapter 13 |

## ORDER

AND NOW this _____ day of _____, 2021, it is ORDERED that the

Motion To Vacate Stay is hereby DENIED and/or Dismissed as Moot and that Cenlar be ordered

to provide an accounting of monies owed by Debtor, Pre-Petition and full explanation as to

charges Post-Petition.


_____
Honorable Jerold N. Poslusny, Jr.