UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Scher & Isenberg, L.L.C.
By: **Martin I. Isenberg, Esquire**, I.D. 791987
200 Haddonfield-Berlin Road
High Ridge Commons - Suite 200
Gibbsboro, New Jersey 08026
Telephone Number: (856) 782-8222
Facsimile: (856) 782-8825
Email: misenbergesq@comcast.net
Attorney for Creditor, Laura Williams

| | |
|---|---|
| In Re:<br><br>Laura A. Williams, Debtor | Case No.:     <u>18-10714-JNP</u><br><br>Chapter:     <u>13</u><br><br>Hearing Date:     <u>   </u><br><br>Judge:     <u>Jerrold N. Poslusny</u> |

## MOTION FOR RECONSIDERATION

I, Martin I. Isenberg, Esquire, Attorney for the Debtor, Laura A. Williams, files this instant Motion for Reconsideration and, in support thereof, avers the following:

1.     On October 29, 2021, Creditor, New Jersey Housing and Mortgage Finance Agency, c/o Cenlar FSB, filed a Motion to Vacate Stay.

2.     A response from the Debtor was due by Friday, November 12, 2021.

3.     A draft of the Debtor's response was dictated on November 11, 2021 by the undersigned counsel.

4.     Unfortunately, my secretary called out ill on November 12, 2021 and was treated at Cooper Hospital and unable to prepare Debtor's response.

5.    As such, Debtor's response was filed on Monday, November 15, 2021, under Docket #65, see **Exhibit A**.

6.    On November 16, 2021, after Debtor's filing, an Order was entered vacating the stay.

7.    The undersigned therefore requests that the Order Vacating Stay be vacated, that he be permitted to file Debtor's response out of time and for the Court to set this matter down for disposition.

**WHEREFORE,** Counsel herein is requesting that the Court vacate the Order lifting the stay, permit the Debtor to file her response out of time, and set this matter down for disposition.

Respectfully Submitted,

SCHER & ISENBERG, L.L.C.

By: _____
Martin I. Isenberg, Esquire
Attorney for Debtor, Laura Williams

Date: _11/17/2021_____

# EXHIBIT

# A

**By:  Martin I. Isenberg, Esquire**
Atty ID No.: 000791987
Scher & Isenberg, L.L.C.
200 Haddonfield-Berlin Road
High Ridge Commons – Suite 200
Gibbsboro, New Jersey  08026
Telephone:  (856) 782-8222
Facsimile: (856) 782-8825
Email: misenbergesq@comcast.net
Attorney for Debtor, Laura Williams

| | | |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| | : | |
| LAURA WILLIAMS | : | Case No.: 18-10714-JNP |
| | : | |
| | : | Judge: Jerrold N. Poslusny, Jr. |
| | : | |
| | : | Chapter 13 |
| | : | |

### DEBTOR'S OBJECTION TO CREDITOR'S REQUEST FOR CERTIFICATION OF DEFAULT

1.      On January 12, 2018, the Debtor herein filed a Chapter 13 Petition with this Court.

2.      Along with the Chapter 13 Petition, a Plan for resolution of debts was also proposed.

3.      Subsequently, on June 1, 2018, a Second Modified Chapter Plan was filed with the Court and approved.

4.      After filing the first Plan, the Debtor made monthly payments to the Trustee.

5.      On April 6, 2020, the Debtor filed a Stipulation along with the Trustee adjusting the Trustee payments requiring the Debtor to pay $460.00 per month for an additional 34 months. At that time, Debtor had paid $10,760.09 toward the Plan.

6.      A large part of the Plan involved arrearages of approximately $18,000.00 owed to New Jersey Housing and Mortgage Finance Agency, now identified as Cenlar, to pay back Pre-Petition arrears.

7.      As of September 1, 2021, $14,108.59 has been paid to Cenlar by the Bankruptcy Court, see **Exhibit A**.

8.    In addition, under the Plan approved by the Court, the Debtor was required to make monthly payments to Cenlar. These payments have been made and **Exhibit A** indicates that there is no principal and interest owed.

9.    The Debtor has owned this property since 1991.

10.    Shortly, after receiving the loan statement from Cenlar in September of 2021 stating $400.00 was owed, the Debtor was notified that she was in arrears to the tune of $2,459.63 which is the subject of the Motion to Vacate the Stay by Cenlar.

11.    Once the Motion was received, the undersigned counsel contacted Cenlar and was provided with a statement of corporate advances which were incurred from the period of September 27, 2016 to October 21, 2020, see **Exhibit B**.

12.    It would appear that the arrears that were listed on the Chapter 13 Bankruptcy Plan from Cenlar would have included in the amount of money at the time of the Bankruptcy Plan. In addition, there are post-petition charges two in the amount of $2,000.00 each involving "Safeguard" and the like. See **Exhibit C**.

13.    It is unclear to the Debtor as to how these charges have been incurred as she has lived in this property for the last 30 years and charges of $2,000.00 on two different occasions for restoration seem to be excessive and unwarranted.

14.    As such, the Debtor is requesting a full audit of her account.

15.    In order to prevent the stay from being lifted, the Debtor has nevertheless paid $1,726.55 (per statements with Cenlar -- see **Exhibit D**) but under reservation of rights to avoid any further action by this Court.

16.    Therefore, I, on behalf of the Debtor, am requesting that the Motion be Denied and that Cenlar provide a full accounting and an explanation as to its determination of both their calculation of Pre-Petition arrears and Post-Petition obligations.

Scher & Isenberg, L.L.C.

Date: _11/15/2021_

By: _Martin I. Isenberg_

Martin I. Isenberg, Esquire
Attorney for Debtor, Laura Williams

# EXHIBIT

# A



## Loan Statement

**CENLAR**
PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Date: | 09/01/21 |
| Account Number: | 0039956651 |
| Payment Date: | 10/01/21 |
| Payment Amount: | $400.00 |

**Contact Us**
Customer Service/Pay By Phone: 800-223-6527
Website: www.loanadministration.com

*Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628

0573542 000001134 09CES1 0062530 Y2 1AF041 -B P1
JOHN P WILLIAMS
LAURA A WILLIAMS
416 WESLEY AVE
Pitman NJ 08071-2519

**Bankruptcy Message**
Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.
If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.
If you want to stop receiving statements, write to us.

**Explanation of Payment Amount** *(Post-Petition Payment)*

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Escrow (for Taxes and Insurance) | $0.00 |
| Other | $0.00 |
| **Regular Monthly Payment*** | $0.00 |
| Total Fees & Charges Since Last Statement | $0.00 |
| Past Unpaid Amount | $400.00 |
| **Total Payment Amount** | $400.00 |

**Account Information**

| | |
|---|---|
| Property Address | 416 WESLEY AVE PITMAN, NJ 08071-0000 |
| Outstanding Principal | $1,340.21 |
| Interest Rate | 8.7000% |
| Prepayment Penalty | NONE |

*The payment amount does not include any amount that was past due before you filed for bankruptcy but may include amounts required pursuant to a court order in your bankruptcy case.

**Transaction Activity (08/03/2021 to 09/01/2021)**

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 08/12/21 | | CITY TAX | | $1,261.42 |
| 08/13/21 | | HAZARD INSURANCE | | $1,471.00 |
| 08/19/21 | 08/19/21 | PARTIAL/UNAPPLIED PAYMT | | $421.36 |
| 08/20/21 | | FEE - PROPERTY INSPECT | $15.00 | |

**Past Payments Breakdown**

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $479.42 | $4,192.60 |
| Interest | $13.19 | $240.89 |
| Escrow (Taxes and Insurance) | $552.93 | $4,751.82 |
| Other | $0.00 | $0.00 |
| +Fees | $0.00 | $0.00 |
| *Unapplied Funds | -$624.18 | $1,231.14 |
| **Total** | **$421.36** | **$10,416.45** |

**Important Messages**

We may not have received all of your mortgage payment due since you filed for bankruptcy.
This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or Trustee if you have questions.
*Unapplied Funds: Any partial payments included here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
+Fees - If your Chapter 13 plan requires you to pay interest on the arrearage being paid through the plan, such interest amount shall be included in this section.

**Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)**

| | |
|---|---|
| Paid Since Last Statement | $421.36 |
| Total Paid During Bankruptcy | $14,108.59 |
| Current Balance | $4,099.72 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment.

# EXHIBIT
# B

Corporate Advance $8,973.78

| DATE | AMOUNT | Vendor | Inv # | Desription |
|------|--------|--------|-------|------------|
| 9/27/2016 | 125.00 | OLDRPBLCTI | | TITE |
| 11/21/2016 | 16.25 | SAFEGUARD | | PINS |
| 4/25/2017 | -141.25 | | | XPAY |
| 5/23/2017 | 16.25 | SAFEGUARD | | PINS |
| 6/23/2017 | 16.25 | SAFEGUARD | | PINS |
| 7/19/2017 | 75.00 | SAFEGUARD | | PROP |
| 7/19/2017 | 500.00 | SAFEGUARD | | PROP |
| 7/20/2017 | 16.25 | SAFEGUARD | | PINS |
| 8/21/2017 | 16.25 | SAFEGUARD | | PINS |
| 9/22/2017 | 16.25 | SAFEGUARD | | PINS |
| 10/23/2017 | 16.25 | SAFEGUARD | | PINS |
| 11/22/2017 | 75.00 | PUL54 | | ATTC |
| 11/22/2017 | 630.00 | PUL54 | | ATTC |
| 11/22/2017 | 91.74 | PUL54 | | ATTC |
| 11/22/2017 | 40.00 | PUL54 | | ATTC |
| 11/22/2017 | 250.00 | PUL54 | | ATTC |
| 11/22/2017 | 50.00 | PUL54 | | ATTC |
| 11/22/2017 | 441.38 | PUL54 | | ATTO |
| 11/24/2017 | 16.25 | SAFEGUARD | | PINS |
| 1/12/2018 | 16.25 | SAFEGUARD | | PINS |
| 1/19/2018 | 35.00 | PUL54 | | ATTC |
| 1/19/2018 | 246.06 | PUL54 | | ATTC |
| 1/19/2018 | 50.00 | PUL54 | | |
| 1/19/2018 | 16.25 | SAFEGUARD | | PINS |
| 1/31/2018 | 6.58 | PUL54 | | |
| 1/31/2018 | 102.09 | PUL54 | | ATTC |
| 2/23/2018 | 16.25 | SAFEGUARD | | PINS |
| 3/26/2018 | 16.25 | SAFEGUARD | | PINS |
| 3/30/2018 | 11.18 | PUL54 | | ATTC |
| 4/26/2018 | 16.25 | SAFEGUARD | | PINS |
| 5/25/2018 | 16.25 | SAFEGUARD | | PINS |
| 6/1/2018 | 400.00 | PUL54 | | ATTB |
| 6/25/2018 | 16.25 | SAFEGUARD | | PINS |
| 7/30/2018 | 16.25 | SAFEGUARD | | PINS |
| 8/31/2018 | 16.25 | SAFEGUARD | | PINS |
| 10/2/2018 | 16.25 | SAFEGUARD | | PINS |
| 10/31/2018 | 16.25 | SAFEGUARD | | PINS |
| 11/30/2018 | 1,000.00 | SAFEGUARD | | PROP |
| 12/19/2018 | 16.25 | SAFEGUARD | | PINS |
| 1/22/2019 | 16.25 | SAFEGUARD | | PINS |
| 2/19/2019 | 16.25 | SAFEGUARD | | PINS |
| 6/3/2019 | 16.25 | SAFEGUARD | | PINS |
| 7/1/2019 | 16.25 | SAFEGUARD | | PINS |
| 8/20/2019 | 2,000.00 | SAFEGUARD | | ATTB |

| 8/20/2019 | 75.00 | SAFEGUARD | | PROP |
|---|---|---|---|---|
| 8/29/2019 | 350.00 | PUL54 | | ATTB |
| 8/29/2019 | 181.00 | PUL54 | | ATTC |
| 5/21/2020 | 16.25 | SAFEGUARD | | PINS |
| 6/24/2020 | 16.25 | SAFEGUARD | | PINS |
| 7/2/2020 | -276.25 | | | PINS |
| 7/15/2020 | 75.00 | SAFEGUARD | | PROP |
| 7/15/2020 | 2,000.00 | SAFEGUARD | | PROP |
| 7/23/2020 | 16.25 | SAFEGUARD | | PINS |
| 8/27/2020 | 110.00 | BOI90 | | PROP |
| 9/23/2020 | 16.25 | SAFEGUARD | | PINS |
| 10/21/2020 | 16.25 | SAFEGUARD | | PINS |
| | 8,973.78 | | | |

# EXHIBIT
# C

**SCHER & ISENBERG, L.L.C.**
ATTORNEYS AT LAW
200 HADDONFIELD-BERLIN ROAD
HIGH RIDGE COMMONS, SUITE 200
GIBBSBORO, NEW JERSEY 08026

Martin J. Isenberg*
Lynda M. Scher*

*ALSO ADMITTED IN
Pennsylvania

PENNSYLVANIA OFFICE
TWO PENN CENTER PLAZA
SUITE 1020
PHILADELPHIA, PENNSYLVANIA 19102

(856) 782-8222
FAX (856) 782-8825
E-MAIL ADDRESS:misenbergesq@comcast.net
WEBSITE: www.scherandisenberg.com

(215) 574-2010
FAX (856) 782-8825

October 15, 2021

<u>Via Facsimile: 856-813-1720</u>
<u>Via Email: rsaltzman@pbslaw.org</u>

Robert Saltzman, Esquire
Pluese, Becker and Saltzman, LLC
20000 Horizon Way, Suite 900
Mount Laurel, New Jersey 08054

RE:    **Laura Williams - Bankruptcy No. 18-10714**
**416 Wesley Avenue, Pittman, New Jersey 08071**

Dear Mr. Saltzman,

As you know, I represent Ms. Laura Williams. Ms. Williams has brought to my attention a statement dated September 1, 2021, from Cenlar which I attach hereto.

It is Ms. William's understanding that she has paid in full the mortgage with Cenlar. Her Chapter 13 Plan called for her to pay the mortgage going forward and to pay the Trustee for back monies owed. Based on the Cenlar Statement, she has contributed $14,108.50 to date to Cenlar and owes Cenlar another $4,099.72.

Here is the inquiry-Has the mortgage been paid off with Cenlar and what only remains is the Plan payments? If this is the case, Ms. Williams will need to begin paying real estate taxes and homeowner's premiums as these will no longer be the responsibility of Cenlar. (If there is money in the escrow account this should be returned to Ms. Williams)

I also note that there have been corporate advances as of October 21, 2020 (see attached). Some of these large expenses relate to Property Preservation. What has been done to warrant a $2,000.00 charge? My client has resided in this property for many years and has kept the property in good condition. I also see the $16.50 monthly charges for property inspections but also see from the Cenlar Statement that this monthly expense or at least $15.00 worth are tacked on to her mortgage every month. Are there double payments being assessed?

Page Two
October 15, 2021
RE: Laura Williams - Bankruptcy No. 18-10714 /

      Kindly provide explanations as to the issues raised above so I may inform my client of her obligations.

           Very truly yours,

           Martin Isenberg, Esquire

MII/fad
Enclosure
cc:    Laura Williams (via email)

# EXHIBIT
# D

**Frances Davis**

| | |
|---|---|
| **From:** | Laura Williams <lwilliams071967@gmail.com> |
| **Sent:** | Friday, November 12, 2021 11:23 AM |
| **To:** | Martin Isenberg; Martin Isenberg; Frances Davis |
| **Subject:** | Final Cenlar payment |
| **Attachments:** | FinalCenlarpayment.pdf |

Hi Marty,

Please see attached a copy of my check/final payment that I am sending out today.

I also attached copies of my last three loan statements from August till November. On September 14th I paid a total of $1,326.55, what I thought was my final payment. Then I received a statement dated 09/01/21 saying that I owed another $400. This is when I contacted you and started asking questions.

Let me know if you need anything further from me.

thank you,
Laura

# Loan Statement



**CENLAR**
CENTRAL LOAN ADMINISTRATION & REPORTING

PO Box 77404
Ewing, NJ 08628

**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Date: | 08/02/21 |
| Account Number: | 0039956651 |
| Payment Date: | 09/01/21 |
| Payment Amount | $1,326.55 |

+ 0564221 000001131 09CES1 0062530 Y2 1AF041 -D P1
JOHN P WILLIAMS
LAURA A WILLIAMS
416 WESLEY AVE
Pitman NJ 08071-2519

**Contact Us**
Customer Service/Pay By Phone: 800-223-6527
Website: www.loanadministration.com

*Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628

**Bankruptcy Message**
Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.
If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.
If you want to stop receiving statements, write to us.

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Escrow (for Taxes and Insurance) | $0.00 |
| Other | $0.00 |
| **Regular Monthly Payment\*** | **$0.00** |
| Total Fees & Charges Since Last Statement | $0.00 |
| Past Unpaid Amount | $1,326.55 |
| **Total Payment Amount** | **$1,326.55** |

*The payment amount does not include any amount that was past due before you filed for bankruptcy but may include amounts required pursuant to a court order in your bankruptcy case.

### Account Information

| | |
|---|---|
| Property Address | 416 WESLEY AVE |
| | PITMAN, NJ 08071-0000 |
| Outstanding Principal | $1,819.63 |
| Interest Rate | 8.7000% |
| Prepayment Penalty | NONE |

### Transaction Activity (07/02/2021 to 08/02/2021)

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 07/14/21 | 07/14/21 | PARTIAL/UNAPPLIED PAYMT | | $1,100.00 |
| 07/21/21 | 07/21/21 | PARTIAL/UNAPPLIED PAYMT | | $421.36 |
| 07/22/21 | | FEE - PROP PRESERVE | $75.00 | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $475.97 | $3,713.18 |
| Interest | $16.64 | $227.70 |
| Escrow (Taxes and Insurance) | $552.93 | $4,196.89 |
| Other | $0.00 | $0.00 |
| +Fees | $0.00 | $0.00 |
| *Unapplied Funds | $475.82 | $1,855.32 |
| Total | $1,521.36 | $9,995.09 |

### Important Messages

We may not have received all of your mortgage payment due since you filed for bankruptcy.
This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or Trustee if you have questions.
*Unapplied Funds: Any partial payments included here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
+Fees - If your Chapter 13 plan requires you to pay interest on the arrearage being paid through the plan, such interest amount shall be included in this section.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Since Last Statement | $421.36 |
| Total Paid During Bankruptcy | $13,687.23 |
| Current Balance | $4,521.08 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment.



See Reverse Side For Additional Important Information  Please return this portion with your payment

Make Checks Payable To:

John P Williams
Laura A Williams
416 Wesley Ave
Pitman NJ 08071-2519

Check this box if your address or
personal information has been
updated on the reverse of this
payment coupon.



CENLAR
CENTRAL LOAN ADMINISTRATION & REPORTING

| Account Number: 0039956651 | Amount Enclosed | $ | 400.00 |

If your bankruptcy plan requires you to send your
regular monthly mortgage payment to the Trustee,
do not send your payment to us. Instead, you should
send your payment to the Trustee.

Payment Date:          10/01/21
Payment Amount:        $400.00

Please do not fold, tape or staple
check or coupon.
Please only use blue or black ink.

PAYMENT PROCESSING CENTER
PO BOX 11733
NEWARK, NJ 07101-4733

| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

'See reverse side for payment information

03000000039956651OOY2NJ1500000000000000000000004182000003096930000000004182

---

LAURA A. WILLIAMS
416 WESLEY AVE
PITMAN, NJ  08071

55-780-312

584

Date  11/12/21

Pay To
The Order Of   Cenlar                                    $ 400.00

Four hundred 00/100                                   Dollars

PNC BANK, N.A.
NEW JERSEY    060

WITH GOD, ALL THINGS ARE POSSIBLE.

Laura A Williams   NP

For  0039956651

⑆031207607⑆ 80394810631⑆ 0584



**Loan Statement**

PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Date: | 10/01/21 |
| Account Number: | 0039956651 |
| Payment Date | 11/01/21 |
| Payment Amount | $400.00 |

+ 0562104 000001206 09CES1 0062530 Y2 1AF041 -D P1
JOHN P WILLIAMS
LAURA A WILLIAMS
416 WESLEY AVE
Pitman NJ 08071-2519

**Contact Us**

**Customer Service/Pay By Phone:** 800-223-6527

**Website:** www.loanadministration.com

*Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628

**Bankruptcy Message**
**Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.**
If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.
If you want to **stop** receiving statements, **write to us.**

**Explanation of Payment Amount** (Post-Petition Payment)

| | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| Escrow (for Taxes and Insurance) | $0.00 |
| Other | $0.00 |
| **Regular Monthly Payment*** | **$0.00** |
| Total Fees & Charges Since Last Statement | $0.00 |
| Past Unpaid Amount | $400.00 |
| **Total Payment Amount** | **$400.00** |

*The payment amount does not include any amount that was past due before you filed for bankruptcy but may include amounts required pursuant to a court order in your bankruptcy case.

**Account Information**

| Property Address | 416 WESLEY AVE |
|---|---|
| | PITMAN, NJ 08071-0000 |
| Outstanding Principal | $857.32 |
| Interest Rate | 8.7000% |
| Prepayment Penalty | NONE |

**Transaction Activity** (09/02/2021 to 10/01/2021)

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 09/07/21 | 09/07/21 | PARTIAL/UNAPPLIED PAYMT | | $421.36 |
| 09/13/21 | 09/13/21 | PARTIAL/UNAPPLIED PAYMT | | $700.00 |
| 09/14/21 | 09/14/21 | PARTIAL/UNAPPLIED PAYMT | | $626.55 |
| 09/23/21 | | FEE - BNKRPTCY ATTYFEE | $50.00 | |
| 09/24/21 | | FEE - PROPERTY INSPECT | $15.00 | |
| 09/28/21 | | HAZARD INSURANCE | | $1,125.71 |

**Past Payments Breakdown**

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $482.89 | $4,675.49 |
| Interest | $9.72 | $259.61 |
| Escrow (Taxes and Insurance) | $552.93 | $5,304.75 |
| Other | $0.00 | $0.00 |
| +Fees | $0.00 | $0.00 |
| *Unapplied Funds | $702.37 | $1,933.51 |
| Total | $1,747.91 | $12,164.36 |

**Important Messages**

**We may not have received all of your mortgage payment due since you filed for bankruptcy.**
This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or Trustee if you have questions.
*Unapplied Funds: Any partial payments included here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.
+Fees - If your Chapter 13 plan requires you to pay interest on the arrearage being paid through the plan, such interest amount shall be included in this section.

**Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)**

| | |
|---|---|
| Paid Since Last Statement | $421.36 |
| Total Paid During Bankruptcy | $14,529.95 |
| Current Balance | $3,678.36 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment.

**By: Martin I. Isenberg, Esquire**
Atty ID No.: 000791987
Scher & Isenberg, L.L.C.
200 Haddonfield-Berlin Road
High Ridge Commons – Suite 200
Gibbsboro, New Jersey 08026
Telephone: (856) 782-8222
Facsimile: (856) 782-8825
Email: misenbergesq@comcast.net
Attorney for Debtor, Laura Williams

| | | |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| | : | |
| LAURA WILLIAMS | : | Case No.: 18-10714-JNP |
| | : | |
| | : | Judge: Jerrold N. Poslusny, Jr. |
| | : | |
| | : | Chapter 13 |

### CERTIFICATE OF SERVICE

I, Martin I. Isenberg, Esquire, hereby certify as follows:

1.      The within Objection has been filed electronically via Electronic Case Filing with the United States Bankruptcy Court for the District of New Jersey; and

2.      A copy of the within Objection has been sent via Electronic Case Filing and Email, to the following:

> Rob Saltzman, Esquire
> Attorney for Mortgagee
> 20000 Horizon Way, Suite 900
> Mt. Laurel, NJ 08054
> rsaltzman@pbslaw.org

3.      A copy of the within Objection has been sent via Electronic Case Filing and Regular Mail, to the following:

> Isabel C. Balboa, Esquire
> Chapter 13 Standing Trustee
> Cherry Tree Corporate Center
> 535 Route 38 – Suite 580
> Cherry Hill, NJ 08002

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if the foregoing statements made by me are willfully false, I am subject to punishment.

SCHER & ISENBERG, L.L.C.

Date: 11/15/2021

By: Martin I. Isenberg, Esquire
Attorney for Debtor, Laura Williams

**By:  Martin I. Isenberg, Esquire**
Atty ID No.: 000791987
Scher & Isenberg, L.L.C.
200 Haddonfield-Berlin Road
High Ridge Commons – Suite 200
Gibbsboro, New Jersey  08026
Telephone:  (856) 782-8222
Facsimile: (856) 782-8825
Email: misenbergesq@comcast.net
Attorney for Debtor, Laura Williams

|  |  |  |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | DISTRICT OF NEW JERSEY |
|  | : |  |
| LAURA WILLIAMS | : | Case No.: 18-10714-JNP |
|  | : |  |
|  | : | Judge: Jerrold N. Poslusny, Jr. |
|  | : |  |
|  | : | Chapter 13 |

## <u>ORDER</u>

AND NOW this _____ day of _____, 2021, it is ORDERED that the

Motion To Vacate Stay is hereby DENIED and/or Dismissed as Moot and that Cenlar be ordered

to provide an accounting of monies owed by Debtor, Pre-Petition and full explanation as to

charges Post-Petition.



_____
Honorable Jerold N. Poslusny, Jr.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

By:  Martin I. Isenberg, Esquire
Atty ID No.: 000791987
Scher & Isenberg, L.L.C.
200 Haddonfield-Berlin Road
High Ridge Commons  −  Suite 200
Gibbsboro, New Jersey  08026
Telephone:  (856) 782-8222
Facsimile: (856) 782-8825
Email: misenbergesq@comcast.net
Attorney for Debtor, Laura Williams

In Re:

Laura Williams, Debtor

Case No.: _____ 18-10714-JNP _____

Chapter: _____ 13 _____

Adv. No.: _____

Hearing Date: _____

Judge: _____ Jerrold N. Poslusny _____

## CERTIFICATION OF SERVICE

1.  I, ____ Martin I. Isenberg, Esquire ____ :

    ☒  represent ____ Debtor, Laura Williams ____ in this matter.

    ☐  am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☐  am the _____ in this case and am representing myself.

2.  On ____ November 17, 2021 ____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.
Motion for Reconsideration.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: ____ 11/17/2021 ____

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Rob Saltzman, Esquire<br>Attorney for Mortgagee<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054<br>rsaltzman@pbslaw.org | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa, Esquire<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 – Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |