UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

By: Martin I. Isenberg, Esquire
Atty ID No.: 000791987
Scher & Isenberg, L.L.C.
200 Haddonfield-Berlin Road
High Ridge Commons – Suite 200
Gibbsboro, New Jersey  08026
Telephone:  (856) 782-8222
Facsimile: (856) 782-8825
Email: misenbergesq@comcast.net
Attorney for Debtor, Laura Williams

Order Filed on November 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Laura Williams, Debtor

Case Number: 18-10714-JNP

Hearing Date:

Judge: Jerrold N. Poslusny

Chapter: 13

Recommended Local Form:  ☐ Followed    ☒ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 27, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the Court on Motion for Reconsideration of the Debtor, Laura Williams, by and through counsel, Scher & Isenberg, LLC, Martin Isenberg, Esq., appearing, and the Mortgagee, New Jersey Housing & Mortgage Finance Agency, via their Subservicer, Cenlar FSB (collectively, the "Mortgagee"), by and through counsel, Pluese, Becker & Saltzman LLC, Rob Saltzman, Esq., appearing, having consented hereto, and the Court having considered the matter and good cause having been shown;

IT IS on this __ day of ____ ORDERED as follows:

1. The Automatic Stay shall be and the same hereby is reimposed as to the Mortgagee; and

2. A Hearing on the Mortgagee's Certification of Default shall be scheduled for _____.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER

| Scher & Isenberg, L.L.C. | Pluese, Becker & Saltzman, LLC |
|---|---|
| By: /s/ Martin I. Isenberg | /s/ Rob Saltzman<br>By: _____ |
| Martin I. Isenberg, Esquire<br>Attorney for the Debtor | Rob Saltzman, Esquire<br>Attorneys for the Mortgagee |