UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

By: Martin I. Isenberg, Esquire
Atty ID No.: 000791987
Scher & Isenberg, L.L.C.
200 Haddonfield-Berlin Road
High Ridge Commons – Suite 200
Gibbsboro, New Jersey 08026
Telephone: (856) 782-8222
Facsimile: (856) 782-8825
Email: misenbergesq@comcast.net
Attorney for Debtor, Laura Williams

In Re:

Laura Williams, Debtor

Order Filed on November 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 18-10714-JNP

Hearing Date:

Judge: Jerrold N. Poslusny

Chapter: 13

Recommended Local Form:    ☐ Followed    ☒ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 27, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the Court on Motion for Reconsideration of the Debtor, Laura Williams, by and through counsel, Scher & Isenberg, LLC, Martin Isenberg, Esq., appearing, and the Mortgagee, New Jersey Housing & Mortgage Finance Agency, via their Subservicer, Cenlar FSB (collectively, the "Mortgagee"), by and through counsel, Pluese, Becker & Saltzman LLC, Rob Saltzman, Esq., appearing, having consented hereto, and the Court having considered the matter and good cause having been shown;

IT IS on this __ day of ____ ORDERED as follows:

1. The Automatic Stay shall be and the same hereby is reimposed as to the Mortgagee; and

2. A Hearing on the Mortgagee's Certification of Default shall be scheduled for _____.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER

Scher & Isenberg, L.L.C.                              Pluese, Becker & Saltzman, LLC

                                                      /s/ Rob Saltzman
By: _____                                 By: _____
Martin I. Isenberg, Esquire                           Rob Saltzman, Esquire
Attorney for the Debtor                               Attorneys for the Mortgagee

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-10714-JNP |
| Laura A. Williams | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Laura A. Williams, 416 Wesley Ave, Pitman, NJ 08071-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Martin I. Isenberg | on behalf of Debtor Laura A. Williams misenbergesq@comcast.net misenbergesq@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency c/o Cenlar FSB dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7