| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| By: Martin I. Isenberg, Esquire |
| Atty ID No.: 000791987 |
| Scher & Isenberg, L.L.C. |
| 200 Haddonfield-Berlin Road |
| High Ridge Commons – Suite 200 |
| Gibbsboro, New Jersey 08026 |
| Telephone: (856) 782-8222 |
| Facsimile: (856) 782-8825 |
| Email: misenbergesq@comcast.net |
| Attorney for Debtor, Laura Williams |

Order Filed on December 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Laura Williams, Debtor

Case Number: 18-10714-JNP

Hearing Date:

Judge: Jerrold N. Poslusny

Chapter: 13

Recommended Local Form:   ☐ Followed   ☒ Modified

**AMENDED**
**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 16, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the Court on Motion for Reconsideration of the Debtor, Laura Williams, by and through counsel, Scher & Isenberg, LLC, Martin Isenberg, Esq., appearing, and the Mortgagee, New Jersey Housing & Mortgage Finance Agency, via their Subservicer, Cenlar FSB (collectively, the "Mortgagee"), by and through counsel, Pluese, Becker & Saltzman LLC, Rob Saltzman, Esq., appearing, having consented hereto, and the Court having considered the matter and good cause having been shown;

IT IS on this __ day of ____ ORDERED as follows:

1. The Automatic Stay shall be and the same hereby is reimposed as to the Mortgagee; and

2. A Hearing on the Mortgagee's Certification of Default shall be scheduled for January 11, 2022 at 11am.

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE WITHIN ORDER

Scher & Isenberg, L.L.C.

By: _____
Martin I. Isenberg, Esquire
Attorney for the Debtor

Pluese, Becker & Saltzman, LLC

*/s/ Rob Saltzman*
By: _____
Rob Saltzman, Esquire
Attorneys for the Mortgagee

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-10714-JNP
Laura A. Williams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 1
Date Rcvd: Dec 16, 2021  Form ID: pdf903  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Laura A. Williams, 416 Wesley Ave, Pitman, NJ 08071-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Martin I. Isenberg | on behalf of Debtor Laura A. Williams misenbergesq@comcast.net misenbergesq@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION rsolarz@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency c/o Cenlar FSB dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7