---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROB SALTZMAN, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee

In Re:

Laura A. Williams

Case No.: 18-10714-JNP

Adv. No.: _____

Chapter: 13

Hearing Date: September 27, 2022

Judge: Jerrold N. Poslusny Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Rob Saltzman_____,

   ☐ am the attorney for: NJ Housing & Mortgage Finance Agency

   ☐ am self-represented

   Phone number: 856-813-1700

   Email address: bankruptcydepartment@pbslaw.org

2. I request an adjournment of the following hearing:

   Matter: Debtor's Motion to Reinstate Stay

   Current hearing date and time: 9/27/2022 @ 11:00 a.m.

   New date requested: 10/25/2022 @ 11:00 a.m.

   Reason for adjournment request: The Parties are continuing to work on an amenable agreement and are requesting the Court for additional time.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: September 23, 2022                    /s/ Rob Saltzman
                                            Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 10/25/2022 at 11am        ☒ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2