**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Laura A. Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9959<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–10714–JNP | |

## Order of Discharge                                                                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Laura A. Williams

10/30/23                                                                                      **By the court:** Jerrold N. Poslusny Jr.
                                                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Laura A. Williams  
    Debtor

Case No. 18-10714-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 30, 2023      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Laura A. Williams, 416 Wesley Ave, Pitman, NJ 08071-2519 |
| cr | + | New Jersey Housing and Mortgage Finance Agency, c/, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 517275955 | + | Atlantic ER Physician Team, 1643 N Harrison Pkwy Bldg H, Sunrise, FL 33323-3091 |
| 517275957 | | CENLAR (NJ Housing & Mortgage Finance), 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517275961 | | Kennedy Health, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 517403579 | | New Jersey Housing and Mortgage Finance Agency,, c/o Cenlar FSB, Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 517571364 | + | PNC BANK, NATIONAL ASSOCIATION, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517275966 | | PNC Home Equity, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 517275964 | | Penn Medicine, 800 Spruce St, Philadelphia, PA 19107-6130 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517388916 | + | EDI: AISACG.COM | Oct 31 2023 00:24:00 | Capital One Auto Finance, P.O. Box 4360, Houston, TX 77210-4360 |
| 517285724 | + | EDI: AISACG.COM | Oct 31 2023 00:24:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517290836 | + | EDI: AISACG.COM | Oct 31 2023 00:24:00 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 517275956 | | EDI: CAPITALONE.COM | Oct 31 2023 00:24:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517389750 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2023 20:49:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517275959 | | Email/Text: electronicbkydocs@nelnet.net | Oct 30 2023 20:44:00 | Department of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517275960 | | EDI: IRS.COM | Oct 31 2023 00:24:00 | IRS, 333 W Pershing Rd, Kansas City, MO 64108-4302 |
| 517275958 | | EDI: JPMORGANCHASE | Oct 31 2023 00:24:00 | Chase/Bank One Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517275954 | | EDI: JPMORGANCHASE | Oct 31 2023 00:24:00 | Amazon/Chase Visa, PO Box 15298, Wilmington, DE 19850-5298 |
| 517275962 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 30 2023 20:43:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |

Case 18-10714-JNP    Doc 98    Filed 11/01/23    Entered 11/02/23 00:14:12    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2023 | Form ID: 3180W | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 517275963 | | EDI: RMSC.COM | Oct 31 2023 00:24:00 | Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517378082 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2023 20:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517388271 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 30 2023 20:43:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 517275965 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 30 2023 20:43:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 517392579 | | EDI: Q3G.COM | Oct 31 2023 00:24:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517388915 | | ^ MEBN | Oct 30 2023 20:32:16 | State of New Jersey, Department of Labor & Workforce, P.O. Box 951, Trenton, NJ 08625-0951 |
| 517277510 | + | EDI: RMSC.COM | Oct 31 2023 00:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517404263 | + | Email/Text: bncmail@w-legal.com | Oct 30 2023 20:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517275967 | | EDI: WTRRNBANK.COM | Oct 31 2023 00:24:00 | Target Red Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 517299459 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 30 2023 20:44:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 517275968 | | EDI: WFFC2 | Oct 31 2023 00:24:00 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517315585 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 30, 2023 | Form ID: 3180W | Total Noticed: 32

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Martin I. Isenberg | on behalf of Debtor Laura A. Williams misenbergesq@comcast.net misenbergesq@comcast.net |
| Robert P. Saltzman | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency c/o Cenlar FSB dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6